# **EXHIBIT 3**

# **Deposition of Mark Beirdneau (Dec. 6, 2016)**

**(Filed Under Seal Pursuant to the Stipulated Protective Order – Dkt. 16)**