UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEBORAH MEREDITH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-cv-1102-PAG |
| | ) Judge Gaughan |
| UNITED COLLECTION BUREAU, INC., | ) |
| Defendant. | ) |

## DEFENDANT UNITED COLLECTION BUREAU, INC.'S MOTION FOR PROTECTIVE ORDER

Defendant United Collection Bureau, Inc. ("UCB"), submits this Motion for Protective Order in response to a notice of deposition served by Plaintiff, Deborah Meredith. In support of this Motion, UCB incorporates the accompanying Memorandum In Support of Its Motion for Protective Order, the declarations of Keith J. Barnett and Mark Beirdneau and all exhibits thereto.

Respectfully submitted, this 15th day of March, 2017.

*/s/ Jason P. Ferrante*
Jason P. Ferrante (0078480)
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
127 Public Square, Suite 3510
Cleveland, OH 44114
(216) 912-3800
jpferrante@mdwcg.com

30567632

> Keith J. Barnett (*admitted pro hac vice*)
> Lindsey B. Mann (*admitted pro hac vice*)
> TROUTMAN SANDERS LLP
> 600 Peachtree Street NE, Suite 5200
> Atlanta, GA 30308
> (404) 885-3000
> keith.barnett@troutmansanders.com
> lindsey.mann@troutmansanders.com
>
> Ethan G. Ostroff (*admitted pro hac vice)*
> TROUTMAN SANDERS LLP
> 222 Central Park Ave., Suite 2000
> Virginia Beach, Virginia 23462
> (757) 687-7500
> ethan.ostroff@troutmansanders.com
>
> *Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing *Defendant's United Collection Bureau, Inc. Motion for Protective Order* was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 15th day of March, 2017.

*/s/ Jason P. Ferrante*
Jason P. Ferrante (0078480)

*Counsel for Defendant*

30567632