IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MEREDITH, | ) | |
| | ) | |
| Plaintiff, | ) | 1:16-CV-01102-PAG |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED COLLECTION BUREAU, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT UNITED COLLECTION BUREAU, INC.'S
MOTION TO DISMISS COMPLAINT**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant United Collection Bureau, Inc. ("UCB"), respectfully moves the Court for an Order dismissing with prejudice Plaintiff's Complaint.  UCB refers the Court to its supporting Memorandum of Law, which is attached hereto and incorporated herein by reference.

Date: May 26, 2017     **UNITED COLLECTION BUREAU, INC.**

By:/s Keith J. Barnett
Keith J. Barnett
Georgia State Bar No. 142340
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3423
Facsimile: (404) 885-3900
keith.barnett@troutmansanders.com

31435559v1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 26, 2017, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Ohio using the CM/ECF system, which will send notification of such filing to all counsel of record. Sealed materials will be sent by mail to counsel of record.

*/s/ Keith J. Barnett*
Keith J. Barnett

*Attorney for Defendant*
*United Collection Bureau, Inc.*

31435559v1