# EXHIBIT C



P.O. BOX 4002
ACWORTH, GA 30101

KEYLINE

DEBORAH H MEREDITH

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| www.vzw.com | | 02/20/16 |
| Change your address at vzw.com/changeaddress | Invoice Number | 3360010392 |

## Quick Bill Summary

Dec 26 – Jan 25

| | |
|---|---|
| Previous Balance *(see back for details)* | |
| Payment – Thank You | |
| **Balance Forward** | |
| Monthly Charges | |
| Verizon Wireless' Surcharges and Other Charges & Credits | |
| Taxes, Governmental Surcharges & Fees | |
| **Total Current Charges** | |

**Total Charges Due by February 20, 2016**

---

### Verizon Wireless News

**Choose Clicks Over Clutter**

Reduce clutter this year with paper–free billing. Get an email or text alert when your bill is ready, and pay and view up to 18 months of bills in My Verizon anytime, 24/7. Visit go.vzw.com/paperfree.

---

| Pay from phone | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.vzw.com | 1.800.922.0204 or *611 from your phone |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| | |
|---|---|
| Bill Date | January 25, 2016 |
| Account Number | |
| Invoice Number | 3360010392 |

DEBORAH H MEREDITH

## Total Amount Due by February 20, 2016

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

$ ☐ ☐ ☐ . ☐ ☐

P.O. BOX 25505
LEHIGH VALLEY, PA 18002–5505

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1–866–544–0401.



| Get Minutes Used | Get Data Used | Get Balance |
|---|---|---|
| #MIN + SEND | #DATA + SEND | #BAL + SEND |

## Payments

**Previous Balance**

Payment — Thank You

Payment Received 01/18/16

**Total Payments**

**Balance Forward**

## Account Charges and Credits

**Account Monthly Charges**

MORE EVERY UNL TLK&TXT 500MB                                01/26 – 02/25

Subtotal

**Total Account Charges and Credits**

---

Written notations included with or on your payment will not be reviewed or honored. Please send correspondence to:
**Verizon Wireless Attn: Correspondence Team PO Box 5029 Wallingford, CT 06492**

**Automatic Payment Enrollment for Account:** ■■■■■■ **DEBORAH H MEREDITH**

By signing below, you authorize Verizon Wireless to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon Wireless is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon Wireless. Check with your bank for any charges.

    **1. Check this box.**        **2. Sign name in box below, as shown on the bill and date.**        **3. Return this slip with your payment. Do not send a voided check.**

# verizon✓

## Overview of Lines

**Your Account's Plan**

**MORE EVERY UNL TLK&TXT 500MB**
$20.00 monthly charge
500 monthly MB allowance
$15.00 per 250 MB after allowance

Have more questions about your charges? Get details at www.vzw.com. Sign into My Verizon.

## Breakdown of Charges



| | | |
|---|---|---|
| Account Charges & Credits | pg 2 | |
| 404—███—6931 Dee Fortas Law | pg 4 | |
| ████████ | pg 19 | |
| ████████ | pg 25 | |
| **Total Current Charges** | | |

## Breakdown of Shared Usage

| | | Minutes Used | Messaging Used | Data MB Used |
|---|---|---|---|---|
| 404—███—6931 | pg 4 | 1,770 | 110 | 71.768 |
| ████████ | pg 19 | 149 | 203 | 81.991 |
| ████████ | pg 25 | 254 | 102 | 137.789 |
| **Total Used** | | **2,173** | **415** | **291.548** |
| **Shared Allowance** | | **unlimited** | unlimited | 500.000 |
| **Usage Over Allowance** | | **0** | 0 | 0 |
| **Total Shared Usage Charges** | | **$.00** | **$.00** | **$.00** |



## Summary for Dee Fortas Law: 404–⬛–6931

### Your Plan

**MORE EVERY UNL TLK&TXT 500MB**
(see pg 3)


## Monthly Charges

Smartphone Line Access      01/26 – 02/25    ⬛

## Usage and Purchase Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Shared | *minutes* | unlimited | 1770 | –– | –– |
| Mobile to Mobile | *minutes* | unlimited | 596 | –– | –– |
| Night/Weekend | *minutes* | unlimited | 45 | –– | –– |
| Total Voice | | | | | $.00 |

**Messaging**

| Text, Picture & Video | *messages* | unlimited | 110 | –– | –– |
|---|---|---|---|---|---|
| Total Messaging | | | | | $.00 |

**Data**

| Megabyte Usage | *megabytes* | 500.000 (shared) | 71.768 | –– | –– |
|---|---|---|---|---|---|
| Total Data | | | | | |

**Total Usage and Purchase Charges**      ⬛

**Verizon Wireless' Surcharges+**
Fed Universal Service Charge
Regulatory Charge
Administrative Charge
OH Tax Recovery Surcharge
OH TRS Surcharge
OH Reg Fee

**Taxes, Governmental Surcharges and Fees+**
State/Local E911 ($0.25/No.)
OH State Sales Tax–Telec
Cuyahoga Cnty Sales Tax–Telec

**Total Current Charges for 404–⬛–6931**      ⬛

+Percentage–based taxes, fees, and surcharges apply to charges for this line, including overage charges, plus this line's share of account charges.

# verizon

## Detail for Dee Fortas Law: 404–██–6931

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/20 | | | | | | | | | | |
| 1/21 | 10:12A | 404–██–1652 | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 1 | –– | –– | –– |
| 1/21 | 10:15A | 210–██–2424 | Peak | M2MAllow | Chagrin Fa OH | Sanantonio TX | 2 | –– | –– | –– |
| 1/21 | 10:26A | 352–██–8792 | Peak | M2MAllow | Chagrin Fa OH | Incoming CL | 4 | –– | –– | –– |
| 1/21 | 10:38A | 912–██–1641 | Peak | PlanAllow | Chagrin Fa OH | ST Marys GA | 2 | –– | –– | –– |
| 1/21 | 10:41A | 646–██–0970 | Peak | PlanAllow | Chagrin Fa OH | Nwyrcyzn01 NY | 1 | –– | –– | –– |
| 1/21 | 10:45A | 404–██–0310 | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 3 | –– | –– | –– |
| 1/21 | 11:24A | 513–██–9414 | Peak | PlanAllow | Chagrin Fa OH | Cincinnati OH | 6 | –– | –– | –– |
| 1/21 | 12:13P | 404–██–8579 | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 8 | –– | –– | –– |
| 1/21 | 1:25P | 646–██–0970 | Peak | PlanAllow | Chagrin Fa OH | Nwyrcyzn01 NY | 16 | –– | –– | –– |
| 1/21 | 2:02P | 517–██–1753 | Peak | M2MAllow | Chagrin Fa OH | Portland MI | 1 | –– | –– | –– |
| 1/21 | 2:40P | 314–██–0378 | Peak | M2MAllow | Chagrin Fa OH | Ladue MO | 1 | –– | –– | –– |
| 1/21 | 2:48P | 478–██–0866 | Peak | M2MAllow | Chagrin Fa OH | Gordon GA | 1 | –– | –– | –– |
| 1/21 | 2:52P | 646–██–5371 | Peak | M2MAllow | Chagrin Fa OH | Nwyrcyzn01 NY | 12 | –– | –– | –– |
| 1/21 | 3:16P | 404–██–9936 | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 3 | –– | –– | –– |
| 1/21 | 3:20P | 910–██–1581 | Peak | PlanAllow | Chagrin Fa OH | Fayettevl NC | 1 | –– | –– | –– |
| 1/21 | 3:22P | 904–██–6723 | Peak | M2MAllow | Chagrin Fa OH | Jacksonvl FL | 2 | –– | –– | –– |
| 1/21 | 3:23P | 912–██–5168 | Peak | M2MAllow | Chagrin Fa OH | Statesboro GA | 8 | –– | –– | –– |
| 1/21 | 4:12P | 904–██–4898 | Peak | PlanAllow | Chagrin Fa OH | Jacksonvl FL | 9 | –– | –– | –– |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |
| 1/22 | | | | | | | | | | |



P.O. BOX 4002
ACWORTH, GA 30101

KEYLINE

DEBORAH H MEREDITH

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| www.vzw.com | | 03/20/16 |
| Change your address at vzw.com/changeaddress | Invoice Number | 3373538051 |

## Quick Bill Summary

Jan 26 – Feb 25

| | |
|---|---|
| Previous Balance *(see back for details)* | |
| Payment – Thank You | |
| **Balance Forward** | |
| Monthly Charges | |
| Verizon Wireless' Surcharges and Other Charges & Credits | |
| Taxes, Governmental Surcharges & Fees | |
| **Total Current Charges** | |

**Total Charges Due by March 20, 2016**

**Verizon Wireless News**

**See Where You Use Data The Most**

We know it's important to have tools to help monitor your usage. That's why we've created the new Data Utilization tool in My Verizon. Now you can easily view your data usage by category. Visit vzw.com/datautilization.

| Pay from phone | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.vzw.com | 1.800.922.0204 or *611 from your phone |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DEBORAH H MEREDITH

| | |
|---|---|
| Bill Date | February 25, 2016 |
| Account Number | |
| Invoice Number | 3373538051 |

## Total Amount Due by March 20, 2016

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

$ ☐ ☐ ☐ . ☐ ☐

P.O. BOX 25505
LEHIGH VALLEY, PA 18002−5505

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1−866−544−0401.



| Get Minutes Used | Get Data Used | Get Balance |
|---|---|---|
| #MIN + SEND | #DATA + SEND | #BAL + SEND |

## Payments

### Previous Balance

**Payment — Thank You**

Payment Received 02/22/16

**Total Payments**

### Balance Forward

## Account Charges and Credits

**Account Monthly Charges**

MORE EVERY UNL TLK&TXT 500MB      02/26 – 03/25

**Subtotal**

**Total Account Charges and Credits**

---

Written notations included with or on your payment will not be reviewed or honored. Please send correspondence to:
**Verizon Wireless Attn: Correspondence Team PO Box 5029 Wallingford, CT 06492**

**Automatic Payment Enrollment for Account:** ████████ **DEBORAH H MEREDITH**

By signing below, you authorize Verizon Wireless to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon Wireless is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon Wireless. Check with your bank for any charges.

**1.** Check this box.      **2.** Sign name in box below, as shown on the bill and date.      **3.** Return this slip with your payment. Do not send a voided check.

# verizon✓

## Overview of Lines

### Your Account's Plan

**MORE EVERY UNL TLK&TXT 500MB**
$20.00 monthly charge
500 monthly MB allowance
$15.00 per 250 MB after allowance

Have more questions about your charges? Get details at www.vzw.com. Sign into My Verizon.

### Breakdown of Charges

| | | |
|---|---|---|
| Account Charges & Credits | pg 2 | |
| 404-███-6931 Dee Fortas Law | pg 4 | |
| Deborah H Meredith | pg 20 | |
| Deborah H Meredith | pg 26 | |
| **Total Current Charges** | | |

### Breakdown of Shared Usage

| | | Minutes Used | Messaging Used | Data MB Used |
|---|---|---|---|---|
| 404-██-6931 | pg 4 | 2,091 | 74 | 60.268 |
| | pg 20 | 131 | 117 | 113.808 |
| | pg 26 | 282 | 87 | 117.128 |
| **Total Used** | | **2,504** | **278** | **291.204** |
| **Shared Allowance** | | unlimited | unlimited | 500.000 |
| **Usage Over Allowance** | | 0 | 0 | 0 |
| **Total Shared Usage Charges** | | $.00 | $.00 | $.00 |



## Summary for Dee Fortas Law: 404–██–6931

### Your Plan

**MORE EVERY UNL TLK&TXT 500MB**
(see pg 3)

### Monthly Charges

| | | |
|---|---|---|
| Smartphone Line Access | 02/26 – 03/25 | ███ |

### Usage and Purchase Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Shared | *minutes* | unlimited | 2091 | –– | –– |
| Mobile to Mobile | *minutes* | unlimited | 660 | –– | –– |
| Night/Weekend | *minutes* | unlimited | 19 | –– | –– |
| Total Voice | | | | | $.00 |

**Messaging**

| | | | | | |
|---|---|---|---|---|---|
| Text, Picture & Video | *messages* | unlimited | 74 | –– | –– |
| Total Messaging | | | | | $.00 |

**Data**

| | | | | | |
|---|---|---|---|---|---|
| Megabyte Usage | *megabytes* | 500.000 (shared) | 60.268 | –– | –– |
| Total Data | | | | | |

**Total Usage and Purchase Charges**

**Verizon Wireless' Surcharges+**
Fed Universal Service Charge
Regulatory Charge
Administrative Charge
OH Tax Recovery Surcharge
OH TRS Surcharge
OH Reg Fee

**Taxes, Governmental Surcharges and Fees+**
State/Local E911 ($0.25/No.)
OH State Sales Tax–Telec
Cuyahoga Cnty Sales Tax–Telec

**Total Current Charges for 404–██–6931**

+Percentage–based taxes, fees, and surcharges apply to charges for this line, including overage charges,  plus this line's share of account charges.

## Detail for Dee Fortas Law: 404–■–6931

## Voice

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/26 | 9:07A | ■ | Peak | PlanAllow | Chagrin Fa OH | Adairsvl GA | 2 | –– | –– | –– |
| 1/26 | 9:57A | ■ | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 4 | –– | –– | –– |
| 1/26 | 10:06A | ■ | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 1 | –– | –– | –– |
| 1/26 | 10:08A | ■ | Peak | PlanAllow | Chagrin Fa OH | Augusta GA | 2 | –– | –– | –– |
| 1/26 | 10:19A | ■ | Peak | PlanAllow | Chagrin Fa OH | Homestead FL | 12 | –– | –– | –– |
| 1/26 | 10:48A | ■ | Peak | PlanAllow | Chagrin Fa OH | Adairsvl GA | 1 | –– | –– | –– |
| 1/26 | 11:01A | ■ | Peak | PlanAllow | Chagrin Fa OH | Atlanta NE GA | 1 | –– | –– | –– |
| 1/26 | 11:08A | ■ | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 10 | –– | –– | –– |
| 1/26 | 11:40A | ■ | Peak | M2MAllow | Chagrin Fa OH | Ftlauderdl FL | 1 | –– | –– | –– |
| 1/26 | 11:42A | ■ | Peak | M2MAllow | Chagrin Fa OH | Incoming CL | 2 | –– | –– | –– |
| 1/26 | 11:49A | ■ | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 7 | –– | –– | –– |
| 1/26 | 11:58A | ■ | Peak | M2MAllow | Chagrin Fa OH | Incoming CL | 15 | –– | –– | –– |
| 1/26 | 1:43P | 678–■–8417 | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 2 | –– | –– | –– |
| 1/26 | 1:47P | 334–■–5452 | Peak | PlanAllow | Chagrin Fa OH | Montgomery AL | 1 | –– | –– | –– |
| 1/26 | 1:48P | 334–■–5452 | Peak | PlanAllow,CallWait | Chagrin Fa OH | Incoming CL | 1 | –– | –– | –– |
| 1/26 | 1:48P | 334–■–5452 | Peak | PlanAllow | Chagrin Fa OH | Montgomery AL | 1 | –– | –– | –– |
| 1/26 | 1:49P | 903–■–5016 | Peak | PlanAllow | Chagrin Fa OH | Tyler TX | 2 | –– | –– | –– |
| 1/26 | 2:01P | 903–■–5016 | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 1 | –– | –– | –– |
| 1/26 | 2:33P | 954–■–0848 | Peak | PlanAllow | Chagrin Fa OH | Deerfldbch FL | 6 | –– | –– | –– |
| 1/26 | 2:54P | 973–■–4635 | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 2 | –– | –– | –– |
| 1/26 | 3:00P | 404–■–9511 | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 1 | –– | –– | –– |
| 1/26 | 3:06P | 305–■–1782 | Peak | PlanAllow | Chagrin Fa OH | Keys FL | 1 | –– | –– | –– |
| 1/26 | 3:33P | 404–■–2834 | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 1 | –– | –– | –– |
| 1/26 | 3:33P | 404–■–2831 | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 1 | –– | –– | –– |
| 1/26 | 3:48P | 678–■–6928 | Peak | PlanAllow | Chagrin Fa OH | Atlanta NE GA | 1 | –– | –– | –– |
| 1/26 | 3:52P | 917–■–9223 | Peak | PlanAllow | Chagrin Fa OH | New York NY | 9 | –– | –– | –– |
| 1/26 | 4:13P | 973–■–4635 | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 4 | –– | –– | –– |
| 1/26 | 6:51P | 678–■–5616 | Peak | PlanAllow | Beachwood OH | Atlanta NE GA | 2 | –– | –– | –– |
| 1/26 | 6:52P | 678–■–1474 | Peak | M2MAllow | Beachwood OH | Atlanta GA | 4 | –– | –– | –– |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |
| 1/27 | | | | | | | | | | |



| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 3373538051 | ██████████ | 03/20/16 | 9 of 32 |

## Detail for Dee Fortas Law: 404–██–6931

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/03 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/04 | | | | | | | | | | |
| 2/05 | 9:30A | 727–██–6000 | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 10 | --- | --- | --- |
| 2/05 | 9:46A | 678–██–6438 | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 5 | --- | --- | --- |
| 2/05 | 10:06A | 678–██–8978 | Peak | M2MAllow | Chagrin Fa OH | Atlanta GA | 2 | --- | --- | --- |
| 2/05 | 10:17A | 404–██–9936 | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 3 | --- | --- | --- |
| 2/05 | 10:22A | 678–██–7317 | Peak | M2MAllow | Chagrin Fa OH | Atlanta NE GA | 2 | --- | --- | --- |
| 2/05 | 10:32A | 678–██–8978 | Peak | M2MAllow | Chagrin Fa OH | Incoming CL | 2 | --- | --- | --- |

# verizon✓



## Detail for Dee Fortas Law: 404–███–6931

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/05 | 11:07A | ██ | Peak | PlanAllow | Chagrin Fa OH | Atlanta NE GA | 8 | –– | –– | –– |
| 2/05 | 11:46A | ██ | Peak | PlanAllow | Chagrin Fa OH | Adairsvl GA | 5 | –– | –– | –– |
| 2/05 | 1:50P | ██ | Peak | PlanAllow | Chagrin Fa OH | Tuscaloosa AL | 12 | –– | –– | –– |
| 2/05 | 2:05P | ██ | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 8 | –– | –– | –– |
| 2/05 | 2:21P | ██ | Peak | M2MAllow | Chagrin Fa OH | Atlanta NE GA | 2 | –– | –– | –– |
| 2/05 | 2:22P | ██ | Peak | M2MAllow,CallWait | Chagrin Fa OH | Incoming CL | 8 | –– | –– | –– |
| 2/05 | 2:33P | ██ | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 4 | –– | –– | –– |
| 2/05 | 2:38P | ██ | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 2 | –– | –– | –– |
| 2/05 | 2:55P | ██ | Peak | M2MAllow | Chagrin Fa OH | Atlanta NE GA | 2 | –– | –– | –– |
| 2/05 | 2:59P | ██ | Peak | PlanAllow | Chagrin Fa OH | Toll–Free CL | 2 | –– | –– | –– |
| 2/05 | 3:06P | ██ | Peak | PlanAllow | Chagrin Fa OH | Wpalmbeach FL | 2 | –– | –– | –– |
| 2/05 | 3:08P | ██ | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 6 | –– | –– | –– |
| 2/05 | 3:28P | 321–██–6223 | Peak | PlanAllow | Chagrin Fa OH | Cocoa FL | 2 | –– | –– | –– |
| 2/05 | 3:30P | 205–██–5315 | Peak | PlanAllow | Chagrin Fa OH | Tuscaloosa AL | 6 | –– | –– | –– |
| 2/05 | 3:36P | 404–██–9936 | Peak | PlanAllow | Chagrin Fa OH | Atlanta GA | 2 | –– | –– | –– |
| 2/05 | 3:46P | 951–██–5405 | Peak | M2MAllow | Chagrin Fa OH | Riverside CA | 5 | –– | –– | –– |
| 2/05 | 3:59P | 718–██–3500 | Peak | M2MAllow | Chagrin Fa OH | Nwyrcyzn03 NY | 2 | –– | –– | –– |
| 2/05 | 4:01P | 912–██–2222 | Peak | PlanAllow | Chagrin Fa OH | Statesboro GA | 9 | –– | –– | –– |
| 2/05 | 4:18P | 864–██–5753 | Peak | PlanAllow | Chagrin Fa OH | Spartanbg SC | 2 | –– | –– | –– |
| 2/05 | 4:46P | 404–██–9936 | Peak | PlanAllow | Chagrin Fa OH | Incoming CL | 5 | –– | –– | –– |
| 2/06 | | | | | | | | | | |
| 2/07 | | | | | | | | | | |
| 2/08 | | | | | | | | | | |