IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DEBORAH MEREDITH,** | ) |
| | )    1:16-cv-01102-PAG |
| **Plaintiff,** | ) |
| | )    Judge Gaughan |
| v. | ) |
| | ) |
| **UNITED COLLECTION BUREAU, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Deborah Meredith and Defendant United Collection Bureau, Inc. (the "Parties") hereby provide notice that the Parties have reached an agreement in principle to settle this dispute. The Parties are in the process of finalizing the settlement and drafting the settlement documents. As such, the Parties respectfully request the Court stay all deadlines in this matter for 30 days to allow the Parties to complete their negotiations and settlement documents.

Respectfully submitted this 26th day of October, 2018.

UNITED COLLECTION BUREAU, INC.

By: *s/ Meagan A. Mihalko*
Keith J. Barnett (*admitted pro hac vice*)
Lindsey B. Mann (*admitted pro hac vice*)
TROUTMAN SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
(404) 885-3000
keith.barnett@troutmansanders.com
lindsey.mann@troutmansanders.com

Ethan G. Ostroff (*admitted pro hac vice)*
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
(757) 687-7500

DEBORAH MEREDITH

By:    *s/ Alexander H. Burke*
Alexander H. Burke (*pro hac vice*)
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289
aburke@burkelawllc.com

Larry P. Smith (*pro hac vice*)
David Marco (*pro hac vice*)
SMITHMARCO, P.C.
55 W. Monroe St., Suite 1200
Chicago, IL 60603

1

ethan.ostroff@troutmansanders.com

Meagan A. Mihalko (*admitted pro hac vice*)
TROUTMAN SANDERS LLP
1001 Haxall Pt., Suite 1500
Richmond, VA 23219
(804) 697-1281
meagan.mihalko@troutman.com

Jason P. Ferrante
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
127 Public Square, Suite 3510
Cleveland, OH 44114
(216) 912-3808
JPFerrante@MDWCG.com

*Counsel for Defendant*

Telephone: (888) 822-1777
Facsimile: (888) 418-1277
lsmith@smithmarco.com
dmarco@smithmarco.com

Mitchel E. Luxenburg
LUXENBURG & LEVIN, LLC
23875 Commerce Park, Ste. 105
P.O. Box 22282
Beachwood, OH 44122
Telephone: (216) 452-9301
Facsimile: (866) 551-7791
mitch@mluxlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 26, 2018, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Ohio using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Meagan A. Mihalko*
>
>*Attorney for Defendant*
>*United Collection Bureau, Inc.*