THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEBORAH MEREDITH,**

    **Plaintiff,**

v.

**UNITED COLLECTION BUREAU, INC.,**

    **Defendant.**

1:16-cv-01102-PAG

Hon. Judge Patricia A. Gaughan

## DEFENDANT'S RESPONSE TO
## PLAINTIFF'S CONFIRMATORY INTERROGATORY NO. 2

Defendant United Collection Bureau, Inc. ("UCB"), by and through counsel, submits the following objections and responses to Plaintiff's Confirmatory Interrogatory No. 2:

### INTERROGATORY

**Interrogatory 2:** Provide the total number of cell phone numbers you called, where any prerecorded message was played during any call, where there is an indication in your records that such cell phone number was a "wrong number," i.e. that of a non-debtor; plus the number of calls to each of those numbers.

**Answer:** UCB played a total of 634 pre-recorded messages during the relevant class period (May 9, 2012, through October 5, 2018). These messages were left on 194 unique cell phone numbers.

39354439v1

Dated:  July 2, 2019          **UNITED COLLECTION BUREAU, INC.**

*/s/ Meagan A. Mihalko*
Keith J. Barnett (*admitted pro hac vice*)
Lindsey B. Mann (*admitted pro hac vice*)
TROUTMAN SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
(404) 885-3000
keith.barnett@troutmansanders.com
lindsey.mann@troutmansanders.com

Ethan G. Ostroff (*admitted pro hac vice*)
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
(757) 687-7500
ethan.ostroff@troutmansanders.com

Meagan A. Mihalko (*admitted pro hac vice*)
TROUTMAN SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
(804) 697-1281
meagan.mihalko@troutman.com

Jason P. Ferrante
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.
127 Public Square, Suite 3510
Cleveland, OH 44114
jpferrante@mdwcg.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2019, I sent a true and correct copy of the foregoing document via electronic mail to the following counsel of record:

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com

Larry P. Smith (*pro hac vice*)
David Marco (*pro hac vice*)
SMITHMARCO, P.C.
55 W. Monroe St., Suite 1200
Chicago, IL 60603
Telephone: (888) 822-1777
lsmith@smithmarco.com
dmarco@smithmarco.com

Mitchel E. Luxenburg
THE LAW FIRM OF MITCH LUXENBURG
23875 Commerce Park, Ste. 105
P.O. Box 22282
Beachwood, OH 44122
Telephone: (216) 452-9301
mitch@mluxlaw.com

*Counsel for Plaintiff*

/s/ Meagan A. Mihalko
*Attorney for Defendant*
*United Collection Bureau, Inc.*

39354439v1

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEBORAH MEREDITH, | ) |
| Plaintiff, | ) 1:16-cv-01102-PAG |
| | ) |
| | ) Judge Gaughan |
| v. | ) |
| | ) |
| UNITED COLLECTION BUREAU, INC., | ) |
| Defendant. | ) |

## VERIFICATION

I, Mark Beirdneau, state that I have read Defendant United Collection Bureau, Inc.'s Answer to Plaintiff's Second Confirmatory Interrogatory, and that the answer contained therein is true and accurate to the best of my knowledge, information, and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2019.

_____
Mark Beirdneau

39358351v1