**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Deborah Meredith,** | ) | **CASE NO. 1:16 CV 1102** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **United Collection Bureau, Inc.,** | ) | <u>**Order**</u> |
| | ) | |
| **Defendant.** | ) | |

In light of the Court Order (Doc. 99) granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 96), United Collection Bureau, Inc.'s Motion for Summary Judgment (Doc. 72) and Plaintiff's Motion for Class Certification (Doc. 75) are MOOT.

<u>/s/ Patricia A. Gaughan</u><br>
PATRICIA A. GAUGHAN<br>
United States District Judge<br>
Chief Judge

Dated: 7/19/19

1